IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                              CASE NO. 4:11-CR-40037-061

BRIDGET STARKEY                                                                  DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss Indictment filed by the United States of America. (ECF No. 1124). Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the government moves to dismiss without prejudice the Indictment filed in this matter, only as to Counts 1, 150, and 151. Accordingly, the Indictment filed in this matter is **DISMISSED WITHOUT PREJUDICE** as to those counts.

**IT IS SO ORDERED**, this 14th day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge