IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                          CASE NO. 11-CR-40037-062

CHANDRA GILMORE                                                      DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss Indictment filed by the United States of America. (ECF No. 1153). Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the government moves to dismiss without prejudice the Indictment filed in this matter, only as to Counts 1, 153, and 154. Accordingly, the Indictment in this matter is **DISMISSED WITHOUT PREJUDICE** as to Counts 1, 153, and 154.

**IT IS SO ORDERED**, this 5th day of June, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge